UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 4:24-cr-4 |
| v. | ) | Judge McDonough/Steger |
| | ) | |
| REBEKAH PROCTOR | ) | |

## NOTICE OF ATTORNEY SUBSTITUTION

The United States of America advises the Court and the defendant that, effective this date, Assistant United States Attorney James T. Brooks will represent the United States in the above-captioned case. The United States also asks that Joseph G. DeGaetano, who is currently listed as counsel of record for the United States, be removed.

    Respectfully submitted,

    FRANCIS M. HAMILTON III
    United States Attorney

By:   *s/James T. Brooks*
    JAMES T. BROOKS, BPR #021822
    Assistant United States Attorney
    1110 Market Street, Suite 515
    Chattanooga, Tennessee 37402
    (423) 752-5140
    james.brooks@usdoj.gov